IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| BRANIMAR CATIPOVIC | ) | CIVIL NO. 3:11-cv-3074 MWB |
| | ) | |
| Plaintiff, | ) | DEFENDANT MARK |
| | ) | TURLEY'S NOTICE |
| vs. | ) | WITHDRAWING MOTION TO |
| | ) | DISMISS PLAINTIFF'S |
| | ) | ORIGINAL COMPLAINT |
| MARK TURLEY, ROLAND FAGEN, and | ) | PURSUANT TO RULES |
| FAGEN, INC. | ) | 12(b)(1) and 12(b)(2) |
| | ) | |
| Defendants. | ) | |

COMES NOW Defendant Mark Turley, by counsel, and hereby files this notice withdrawing his Motion to Dismiss Plaintiff's Original Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(2), and in support thereof states as follows:

1. On March 30, 2012, Defendant Mark Turley filed a motion to dismiss Plaintiff's Original Complaint pursuant to Rules 12(b)(1) and 12(b)(2).

2. On April 12, 2012, Plaintiff electronically filed a First Amended Complaint. (Docket Entry No. 11).

3. Because the Amended Complaint has been filed, Defendant Mark Turley's motion to dismiss the Plaintiff's Original Complaint is rendered moot.

4. Defendant Mark Turley hereby withdraws his motion to dismiss the Plaintiff's Original Complaint.

5. Defendant Mark Turley reserves the right to file a response to Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B)(3).

6. Defendant Mark Turley files contemporaneously herewith a motion to dismiss the Plaintiff's First Amended Complaint, pursuant to Rule 12(b)(2).

/s/ Michael C. Richards
Michael C. Richards AT0010828
William E. Hanigan AT0003284
Elizabeth R. Meyer AT0010139
DAVIS, BROWN, KOEHN,
 SHORS & ROBERTS
The Davis Brown Tower
215 10th Street, Ste. 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email:
mikerichards@davisbrownlaw.com
billhanigan@davisbrownlaw.com
elizabethmeyer@davisbrownlaw.com

ATTORNEYS FOR DEFENDANT
MARK TURLEY

COPY TO:

Kevin J. Visser
Paul D. Gamez
115 Third Street, SE, Suite 1200
Cedar Rapids, Iowa 52401

ATTORNEYS FOR PLAINTIFF
BRANIMAR CATIPOVIC

Connie M. Alt
115 3rd Street SE, Suite 500
Cedar Rapids, Iowa 52401

ATTORNEY FOR DEFENDANTS
ROLAND FAGEN AND FAGEN, INC.

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on April 23, 2012 by:

☐ US Mail  ☐ FAX
☐ Hand Delivered  ☐ Overnight Courier
☐ Federal Express  x Other: CM-ECF Filing

Signature: /s/Michael C. Richards