UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BRANIMIR CATIPOVIC, | CASE NO. C11-3074-MWB |
| Plaintiff, | |
| | AMENDED JUDGMENT |
| | ON JURY VERDICT |
| MARK TURLEY, | |
| Defendant. | |

JURY VERDICT: This action came before the Court for a Trial by Jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that Judgment for Damages For "Unjust Enrichment" is hereby entered against Defendant, Mark Turley, and in favor of the Plaintiff, Branimir Catipovic, in the amount of Two Million Dollars and no cents ($2,000,000.00), and post-judgment interest pursuant to 28 U.S.C. § 1961.

APPROVED BY:

MARK W BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

DATED: February 17, 2015

Robert L. Phelps
Clerk of Court, US District Court
Northern District of Iowa

S/src
By: Deputy Clerk